UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Sherry Dudley,

       Plaintiff,                     Civil No.06-5092 (RHK/AJB)

vs.                              **DISQUALIFICATION AND**
                                  **ORDER FOR REASSIGNMENT**

Wyeth, d/b/a Wyeth, Inc., Wyeth
Pharmaceuticals, Inc., Watson Laboratories,
Inc., Solvay Pharmaceuticals, Inc.,

       Defendants.

     The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

     **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment. The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

     **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: December 28, 2006

                                                s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge

Dockets.Justia.com