UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Sherry Dudley,

        Plaintiff,                  Civil No.06-5092 (RHK/AJB)

vs.                              **DISQUALIFICATION AND**
                                      **ORDER FOR REASSIGNMENT**
Wyeth, d/b/a Wyeth, Inc., Wyeth
Pharmaceuticals, Inc., Watson Laboratories,
Inc., Solvay Pharmaceuticals, Inc.,

        Defendants.

      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.  The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  December 28, 2006

                                              s/Richard H. Kyle
                                              RICHARD H. KYLE
                                              United States District Judge